**Carlos R. MAYBERRY, The Ethnoreligious Order and Voomorphic Confraternity of the Black Mafia, Plaintiff—Appellant,**

v.

**Gary MAYBERRY; Carlton Applewhite; L. Bynum; Natacha Mayberry; Dayena Corcoran; Cherie Peay; G. Schroeder; J. Fields; Kutcherman; J. Moss; Nathaniel Stanley, All defendants sued individually and in his or her official capacity, Defendants—Appellees.**

No. 09–8213.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 27, 2010.

Decided: Aug. 4, 2010.

Carlos R. Mayberry, Appellant pro se.

Before TRAXLER, Chief Judge, and WILKINSON and KEENAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carlos R. Mayberry appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint without prejudice for failure to comply with a court order to particularize his complaint. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Mayberry seeks to appeal is neither a final order nor an appeal-

able interlocutory or collateral order. *See Domino Sugar Corp. v. Sugar Workers Local Union 392,* 10 F.3d 1064, 1067 (4th Cir.1993). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*